

STATE OF CONNECTICUT

SUPREME COURT
APPELLATE COURT

CARL D. CICCHETTI
CHIEF CLERK

RENÉ L. ROBERTSON
DEPUTY CHIEF CLERK

231 CAPITOL AVENUE
HARTFORD, CT 06106

TEL. (860) 757-2200

January 11, 2022

Dear Counsel of Record:

The certified question of law, filed January 11, 2022, has been assigned docket number **SC 20668**, *Anika Hunte, Administratrix (Estate of Aries Peterson), et al.* v. *Abbott Laboratories, Inc.*

The clerk assigned to this appeal is Attorney Samuel Thomas, who may be reached at (860) 757-2224. Please note that clerks are not permitted to give legal advice.

**Substantial amendments to the Rules of Appellate Procedure were adopted to take effect October 1, 2021, including an electronic briefing requirement for all filers not exempt from electronic filing pursuant to Practice Book § 60-8.** Please consult the 2022 Practice Book and the How to Create Electronic Briefs Guide.

The appellate clerk's office will be open from 8:30 a.m. until 5 p.m. on weekdays, with the exception of legal holidays and closures for exigent circumstances, such as inclement weather. The window at the appellate clerk's office will be open from 8:30 a.m. until 4:30 p.m. For information regarding when electronic documents are deemed filed, please see Practice Book § 63-2. For holiday and inclement weather questions please consult the Judicial Branch website. On your website you will also find self-help publications and videos, the Handbook of Appellate Procedure, and forms related to the appellate process.

Official notices in Supreme and Appellate Court matters are delivered electronically to the E-Services Inbox of attorneys, law firms, and self-represented parties who have an appearance in the file and have filed an appellate electronic access form (JD-AC-015) when required by Practice Book § 60-7 (c). Paper notices via U.S. Mail are issued only for attorneys and self-represented parties who are excluded or exempt from the requirements of e-filing.

Thank you.

LLATE CLERK'S OFFICE
 COURT/APPELLATE COURT
231 Capitol Avenue
ford, Connecticut 06106

HARTFORD CT 060

12 JAN 2022 PM



02 1P         $ 000.53⁰
0000878580    JAN 11 2022
MAILED FROM ZIP CODE 06106

Clerk, United States District
Court, District of Connecticut
(Bridgeport)
915 Lafayette Blvd
Bridgeport, CT 06604

06604-470600